# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

157051

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LAKESHIA TULANI PEETE, a/k/a
LAKESHA TULANI PEETE,
     Defendant-Appellant.

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 157051
COA: 331568
Wayne CC: 14-004861-FC

_____/

By order of July 27, 2018, the application for leave to appeal the October 12, 2017 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Beck* (Docket No. 152934) and *People v Dixon-Bey* (Docket No. 156746). On order of the Court, *Beck* having been decided on July 29, 2019, 504 Mich ___ (2019), and leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE in part the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Beck*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

p1021